1
2
3

**THOMAS P. RILEY, ESQ. (SBN 194706)**
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
**One California Plaza**
**300 South Grand Avenue, Suite 2670**
**Los Angeles, CA 90071-3161**

4
5

**Tel: 213-229-9292**
**Fax: 213-229-9295**
**TPRLA@att.net**

6
7

**Attorneys for Plaintiffs**
**Garden City Boxing Club, Inc.**

8
9

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

10
11

**Garden City Boxing Club, Inc.**

**CASE NO. CV 05-cv-00384 WBS JFM**

12
13

**Plaintiff,**

**vs.**

**PLAINTIFF'S REQUEST TO
CONTINUE STATUS CONFERENCE
AND [PROPOSED] ORDER**

14
15
16

**Hai Phuc Nguyen, et al..**

**Defendant.**

17
18
19
20

Plaintiff Garden City Boxing Club, Inc., respectfully request that the Status Conference presently set for 9:00 AM on Monday, May 23, 2005, be reset to a new date of 9:00 AM on Monday, June 20, 2005. This request will be, and is necessitated by the fact that Plaintiff has just recently effectuated service of suit papers on the named defendant to this action.

21
22
23
24

As such, Plaintiff, by and through its counsel, respectfully requests a brief continuance in order that the Defendant may have the opportunity to respond to Plaintiff's duly served complaint, participate in the preparation and filing of the Joint Status Report to be filed in this action and later appear and participate at any Status Conference to be conducted in this action.

25
26
27
28

///
///
///
///

**PROOF OF SERVICE OF:**
**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING**
**STATUS CONFERENCE; AND ORDER (Proposed)**
**CASE NO. CV 05-cv-00384 WBS JFM**
**PAGE 1**

1

2       **WHEREFORE**, Plaintiff respectfully requests that this Honorable Court continue the Status

3   Conference in this action from 9:00 a.m., Monday, May 23, 2005 to 9:00 a.m., Monday, June 20,

4   2005, in order that the Plaintiff may effectuate service of its suit papers, await the filing of a

5   responsive pleading by the Defendant, concur with the Defendant or his counsel, and thereafter file a

6   Joint Status Report (or in the alternative file its Request for Entry of Default with the Clerk of the

7   Court).

8

9

10                                                      Respectfully submitted,

11

12

13

14

15   Dated: May 10, 2005                      _____/s/ Thomas P. Riley_____

16                                            **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                             By: Thomas P. Riley
17                                           Attorneys for Plaintiff
                                             Garden City Boxing Club, Inc.
18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///
     ///

**PROOF OF SERVICE OF:**
**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING**
**STATUS CONFERENCE; AND ORDER (Proposed)**
**CASE NO. CV 05-cv-00384 WBS JFM**
**PAGE 2**

///

## ORDER

It is hereby ordered that the Status Conference in civil action number 05-cv-00384 WBS JFM styled *Garden City Boxing Club, Inc. v. Hai Phuc Nguyen.*, is hereby continued from 9:00 a.m., Monday, May 23, 2005 to 9:00 a.m., Monday, June 20, 2005.

Unless otherwise specified the aforementioned Status Conference shall take via telephone between counsel and the Court.  Plaintiff's counsel is responsible for setting up the conference call with the Defendant or his counsel and the Court.

Plaintiff shall also serve a copy of this Order on the Defendant and thereafter file a Certification of Service of this Order.

**IT IS SO ORDERED**:

Dated:  May 10, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

///
///
///
///
///
///
///
///
///

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is One California Plaza, 300 South Grand Avenue,

**PROOF OF SERVICE OF:**
**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING**
**STATUS CONFERENCE; AND ORDER (Proposed)**
**CASE NO. CV 05-cv-00384 WBS JFM**
**PAGE 3**

Suite 2670.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On, May 10, 2005, I served:

**PLAINTIFF'S REQUEST TO CONTINUE STATUS CONFERENCE AND [PROPOSED] ORDER**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Hai Phuc Nguyen                    (Defendant)
8671 Culpeper Dr.
Sacramento, CA 95823

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct, and that this declaration was executed on May 10, 2005, at Los Angeles, California.

Dated: May 10, 2005                    _____*/s/ Monica Mascorro*_____
                                       **MONICA MASCORRO**

PROOF OF SERVICE OF:
**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING**
**STATUS CONFERENCE; AND ORDER (Proposed)**
**CASE NO. CV 05-cv-00384 WBS JFM**
**PAGE 4**