Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
One California Plaza
300 South Grand Avenue, Suite 2670
Los Angeles, CA 90071-3161

Tel: 213-229-9292
Fax: 213-229-9295
TPRLA@att.net

Attorneys for Plaintiff
Garden City Boxing Club, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Garden City Boxing Club, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Hai Phuc Nguyen, et al. <br><br> Defendants. | CASE NO. 05-cv-00384 WBS JFM <br><br> STIPULATION OF DISMISSAL |

**IT IS HEREBY STIPULATED** by and between Plaintiff Garden City Boxing Club, Inc. and Defendant Hai Phuc Nguyen, individually and d/b/a River City Restaurant Sports Bar VIP Club a/k/a River Sin City Sports Bar Restaurant Club, that Defendant Hai Phuc Nguyen is hereby dismissed **without prejudice** from the above-entitled action.

///
///
///
///
///
///
///
///

**STIPULATION TO AMEND COMPLAINT AND**
**RESCHEDULE STATUS CONFERENCE AND ORDER (Proposed)**
**05-cv-00384 WBS JFM**
**PAGE 1**

1    This dismissal is made pursuant to FRCP 41(a).  Each Party shall bear its own costs.

6  Dated: June 7, 2005                                     */s/ Thomas P. Riley*
                                                **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                                By:  Thomas P. Riley
                                                Attorneys for Plaintiff
                                                GARDEN CITY BOXING CLUB, INC.

12 Dated:                                                  */s/ Bruce Kerr*
                                                **KERR LAW GROUP**
                                                By: Bruce Kerr, Esquire
                                                Attorneys for Defendant
                                                Hai Phuc Nguyen

**IT IS SO ORDERED:**

**Dated:**

**July 5, 2005**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

///
///
///
///
///
///

**STIPULATION TO AMEND COMPLAINT AND
RESCHEDULE STATUS CONFERENCE AND ORDER (Proposed)
05-cv-00384 WBS JFM
PAGE 2**

# PROOF OF SERVICE (BY FAX & FIRST CLASS MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is One California Plaza, 300 South Grand Avenue, Suite 2670, Los Angeles, California 90071. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On July 1, 2005, I served:

**STIPULATION OF DISMISSAL**

On all parties in said cause by transmitting a true copy thereof by Facsimile and by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Mr. Bruce Kerr, Esquire             Attorneys for Defendant
KERR LAW GROUP
2240 Douglas Blvd., Suite 290
Roseville, CA 95661

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on July 1, 2005, at Los Angeles, California.

Dated: July 1, 2005                           */s/ Inesa Mamidjanyan*
                                              INESA MAMIDJANYAN

**STIPULATION TO AMEND COMPLAINT AND**
**RESCHEDULE STATUS CONFERENCE AND ORDER (Proposed)**
**05-cv-00384 WBS JFM**
**PAGE 3**