IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARDEN CITY BOXING CLUB, INC.,            No.  CIV S-05-0384 WBS JFM

        Plaintiff,

   v.

HAI PHUC NGUYEN, et al.,

        Defendants.                      ORDER

_____/

        Plaintiff filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On January 18, 2006, the magistrate judge filed amended findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days.  No objections to the findings and recommendations have been filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

        1. The findings and recommendations filed January 18, 2006 are adopted in full;

1

1           2. The Clerk of the Court is directed to enter judgment against defendant Antoine

2  Sandifer on plaintiff's claims pursuant to 47 U.S.C. § 605(a) and 47 U.S.C. § 553(a); and

3           3. No award of damages for defendant Sandifer's violation of 47 U.S.C. § 553(a)

4  is ordered, but $1,000.00 in damages is awarded, plus plaintiff's reasonable attorneys' fees in the

5  amount of $2,500.00 and costs in the amount of $641.00 for defendant Sandifer's violation of 47

6  U.S.C. § 605(a).

7  DATED: February 10, 2006

_[signature]_

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/gardencity.801