1  **DAVID J. COOK, ESQ. (State Bar # 060859)**
   **ROBERT J. PERKISS, ESQ (State Bar # 62386)**
2  **DEBRA D. LEW, ESQ. (State Bar # 114537)**
   **COOK, PERKISS & LEW**
3  **A PROFESSIONAL LAW CORPORATION**
   333 Pine Street, Suite 300
4  San Francisco, CA  94104-3381
   Mailing Address: P.O. Box 270
5  San Francisco, CA  94104-0270
   Tel.: (415) 989-4730   Fax: (415) 989-0491
6  File No. 50,681

7  Attorneys for Plaintiff
   GARDEN CITY BOXING CLUB, INC.
8

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11                         SACRAMENTO DIVISION

12  | GARDEN CITY BOXING CLUB, INC., | ) | CASE NO.  CIV-S-05-0384-WBS-JFM |
    |---|---|---|
13  | Plaintiff, | ) | |
    | | ) | ORDER AUTHORIZING PROCESS SERVER |
14  | vs. | ) | TO LEVY EXECUTION PURSUANT TO |
    | | ) | C.C.P. § 699.080 |
15  | HAI PHUC NGUYEN dba River City | ) | |
    | Restaurant Sports Bar VIP Club aka | ) | |
16  | River City Sin Sports Bar Restaurant | ) | |
    | Club; ANTOINE SANDIFER dba River | ) | |
17  | City Restaurant Sports Bar VIP Club aka | ) | |
    | River City Sin Sports Bar Restaurant | ) | |
18  | Club aka Axis Sports Bar, | ) | |
    | | ) | |
19  | Defendants. | ) | |
    |_____ | ) | |
20

         Based upon the Declaration of David J. Cook, Esq., and finding that DDS Legal Support
21
   System/VSC Attorney Service is a registered process server, having filed a certificate of
22
   registration with the County Clerk, Orange County Superior Court, and otherwise authorized to
23
   perform the services pursuant to C.C.P. § 699.080, and furthermore finding that the use of a
24
   private process server would serve the interest of justice in relieving the United States Marshal
25
   from effectuating certain types of services necessary to effectuate collection of the Judgment
26
   herein, and furthermore finding that the use of a process server is routine in the enforcement of a
27
   Judgment, and authorized by California law, which is applicable herein under F.R.C.P. 69 and
28

[PROPOSED] ORDER AUTHORIZING PROCESS SERVER TO LEVY EXECUTION PURSUANT TO
C.C.P. § 699.080 - CASE NO. CIV-S-05-0384-WBS-JFM                                             1

Bkrtcy.C. § 7069, and upon ex parte application, and for good cause appearing, therefore,

IT IS HEREBY ORDERED that Plaintiff may employ the services of DDS Legal Support System/VSC Attorney Service to perform the duties and responsibilities of a levying officer as defined under C.C.P. § 699.080.

IT IS FURTHER ORDERED that DDS Legal Support System/VSC Attorney Service shall comply with the requirements of the California Code of Civil Procedure in the enforcement of judgments, consistent with and in conformity to C.C.P. § 699.080.

DATED: July 27, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE